IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL LYNN ROTEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY BERRYHILL, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration | : | NO. 16-5583 |

## ORDER

**AND NOW**, this 5th day of September, 2017, upon careful and independent consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa dated July 28, 2017, to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation (Docket No. 17) is **APPROVED** and **ADOPTED**;

2. Plaintiff's motion in support of her request for review is **GRANTED**;

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report and Recommendation; and

4. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.